NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM GRECIA,**

*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendant-Appellee*

---

2020-1831

---

Appeal from the United States District Court for the Southern District of New York in No. 1:19-cv-03278-VEC, Judge Valerie E. Caproni.

---

## JUDGMENT

---

MATTHEW MICHAEL WAWRZYN, Wawrzyn LLC, Chicago, IL, argued for plaintiff-appellant.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, argued for defendant-appellee. Also represented by LAUREN J. DREYER, Washington, DC; TIMOTHY S. DURST, Dallas, TX; ERIC J. FARAGI, NEIL P. SIROTA, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, WALLACH and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>January 7, 2021</u>     <u>/s/ Peter R. Marksteiner</u>
Date                   Peter R. Marksteiner
                                     Clerk of Court